UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22188-RNS

WINDY LUCIUS,

 Plaintiff,

v.

RACK ROOM SHOES, INC.,

 Defendant.
_____/

**<u>NOTICE OF SETTLEMENT</u>**

 Plaintiff WINDY LUCIUS ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

 1. Plaintiff has reached an agreement with Defendant RACK ROOM SHOES, INC. ("Defendant") to resolve the claims against it.

 2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a settlement documents with the Court within sixty (60) days.

        Respectfully submitted,

        */s/ J. Courtney Cunningham*
        J. Courtney Cunningham, Esq.
        J. COURTNEY CUNNINGHAM, PLLC
        FBN: 628166
        8950 SW 74th Court, Suite 2201
        Miami, FL 33156
        T:  305-351-2014
        cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.