UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22188-RNS

WINDY LUCIUS,

     Plaintiff,

v.

RACK ROOM SHOES, INC.,

     Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendant, Plaintiff Windy Lucius hereby gives notice that she voluntarily dismisses all claims against Defendant with prejudice, and requests this Court to terminate the action.

Dated:  September 11, 2020

                                           Respectfully submitted,

                                           s/ J. Courtney Cunningham
                                           J. Courtney Cunningham, Esq.
                                           J. COURTNEY CUNNINGHAM, PLLC
                                           FBN:  628166
                                           8950 SW 74th Court, Suite 2201
                                           Miami, Florida 33156
                                           Telephone: (305) 351-2014
                                           cc@cunninghampllc.com
                                           *Counsel for Plaintiff Windy Lucius*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                           */s/ J. Courtney Cunningham*
                                           J. Courtney Cunningham, Esq.